AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New York

Ann Marie Holcomb

v.

Cooper Union for the Advancement of Science and Art (Cooper Union)

**APPEARANCE**

Case Number: 07 CIV 9797

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cooper Union for the Advancement of Science and Art (Cooper Union)

I certify that I am admitted to practice in this court.

| 2/7/2008 | *signature* |
|---|---|
| Date | Signature |

Suzette Ivanova, Esq.                                SI9513
Print Name                                          Bar Number

1585 Broadway
Address

New York            NY              10036
City                State           Zip Code

(212) 969-3136           (212) 969-2900
Phone Number             Fax Number