UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANN MARIE HOLCOMB,

                Plaintiff,                    AFFIDAVIT OF SERVICE
                                                             07 Civ. 9797(LBS)

                v.

COOPER UNION FOR THE ADVANCEMENT OF SCIENCE
AND ART (COOPER UNION),

                Defendant,
------------------------------------------------------------------------X

STATE OF NEW YORK    )
                              )SS.:
COUNTY OF NEW YORK  )

       John G. Fleming, Jr., being duly sworn deposes and states:

       1.      I am not a party to this action, am over 18 years of age and reside in Bergen County, New Jersey.

       2.      On February 11, 2008, I served the Appearance upon:

                         Ann Marie Holcomb
                       199 East 7th Street, #4D
                       New York, N.Y. 10009

       3.      Said service was made by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed t the above named party in official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Sworn to before me this
11th day of February, 2008.

_____                           _____
Notary Public                                                  John G. Fleming, Jr.

JAMES R. ACTUAY
Notary Public, State of New York
No. 01RE6014213
Qualified in New York County
Commission Expires Oct. 5, 2010