

PROSKAUER ROSE LLP
Aaron J. Schindel
Suzette Ivanova
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Ann Marie Holcomb,

                     Plaintiff,      07 CV 9797 (LBS)

        v.

COOPER UNION FOR THE        **JOINT PROPOSED**
ADVANCEMENT OF SCIENCE AND   **SCHEDULING ORDER**
ART (COOPER UNION)

                     Defendant.
-----------------------------------------------------------X

        Plaintiff, *pro se*, and Defendant, by and through its undersigned counsel, hereby submit the following Joint Proposed Scheduling Order for consideration by the Court:

**I.  Proposed Discovery Schedule**

1. Motions to amend pleadings including joinder of additional parties shall be filed by **July 1, 2008**.

2. Discovery shall be completed as follows:

    a. Initial disclosures shall be completed by **June 17, 2008**.

    b. All document requests and interrogatories shall be served by **July 21, 2008**.

    c. All depositions shall be completed by **November 4, 2008**.

    d. All fact discovery shall be completed by **November 4, 2008**.

    e. All expert discovery shall be completed **within 90 days** from the Court's ruling on any dispositive motions (including summary judgment).



3.  All dispositive motions, including summary judgment motions, shall be filed by **January 15, 2009**.

4.  The parties anticipate **3-4 days** for trial.

5.  No motions are pending at this time.

II. **Status of Settlement Discussions**

Defendant and Plaintiff have commenced settlement discussions which are expected to continue in the immediate future.

Dated: May 7, 2008
       New York, New York

By: _____

Aaron J. Schindel
Suzette Ivanova
aschindel@proskauer.com
sivanova@proskauer.com
Proskauer Rose LLP
1585 Broadway
New York, New York  10036
Tel.: (212) 969-3000
Fax: (212) 969-2900

Date: 5/6/08

*Attorneys for Defendant
The Cooper Union for the
Advancement of Science and
Art*

By: _____

Ann Marie Holcomb
199 E. 7th St., Apt. 4D
New York, New York 10009
Tel.: (212) 777-9344
Fax: (212) 606-0387

Date: 5/5/2008

*Pro Se*

SO ORDERED:

_____
HON. LEONARD B. SAND
Date: 5/12/08