UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Ann Marie Holcomb
               Plaintiff,

vs

Cooper Union For The Advancement of
Science and Art
               Defendant,

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9797 (LBS)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| XX<br>___ | Settlement*  (plaintiff agrees that defendant may defer jurisdictional motion until after meeting w/Mag.)<br>Inquest After Default/Damages Hearing | ___<br><br>___ | Social Security<br><br>Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motion:_____<br><br>_____<br><br>All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             5/21/08

_____
United States District Judge