UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANN MARIE HOLCOMB,                              :

        Plaintiff,                                        :

        -against-                                         :           ORDER
                                                                                                         07 Civ. 9797 (LBS)(KNF)

COOPER UNION FOR THE ADVANCEMENT    :
OF SCIENCE AND ART (COOPER UNION),

                                                           :

        Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The settlement conference scheduled previously for July 28, 2008, at 11:00 a.m., is canceled. It shall be held on August 1, 2008, at 11:00 a.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 9A, 500 Pearl Street, New York, New York.

Dated: New York, New York
        June 23, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Ann Marie Holcomb
Suzette Ivanova, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/24/08