

Exhibit A

PROSKAUER ROSE LLP
Suzette Ivanova
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3136
Facsimile: (212) 969-2900
sivanova@proskauer.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Ann Marie Holcomb,
               Plaintiff,

      v.

COOPER UNION FOR THE
ADVANCEMENT OF SCIENCE AND
ART (COOPER UNION),
               Defendant.
------------------------------------------------------X

07 CV 9797 (LBS) (KNF)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the above-captioned matter be, and the same hereby is, dismissed with prejudice and without award of attorneys' fees, costs or disbursements to any party.

Dated: August 27, 2008

Ann Marie Holcomb
_____
Plaintiff, pro se
199 E. 7th St., Apt. 4D
New York, New York 10009
Telephone: (212) 777-9344
Facsimile: (212) 606-0387
holcomb3@earthlink.net

Proskauer Rose LLP
_____
By _____
Suzette Ivanova
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
sivanova@proskauer.com
Attorneys for Defendant

SO ORDERED:
_____
U.S.D.J.

Date: 9/11, 2008